JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>CHUNG NAM RHO, an individual; KYOUNG SUK RHO, an individual; and Does 1-10,<br><br>      Defendants. | Case No.: 8:22-cv-00017-JLS-KES<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [26]** |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action is dismissed in its entirety with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 20, 2022

                                          HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE